IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01775-MSK-MEH

TERRI VELASQUEZ,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS, a Municipal Corporate Entity, by and through the Board of County Commissioners, its governing body, and
STEVEN COX, in his individual capacity,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 18, 2012.**

    Plaintiff's Notice of Errata and Motion to Substitute Corrected Complaint [filed July 12, 2012; docket #4] is **denied** because the proposed corrections are substantive rather than typographical. However, Plaintiff may amend her complaint as a matter of course in accordance with Fed. R. Civ. P. 15(a)(1).