IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01775-MSK-MEH

TERRI VELASQUEZ,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS and
STEVEN COX,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 28, 2012.**

    The Stipulated Motion for Entry of Protective Order [filed November 21, 2012; docket #44] is **denied without prejudice**, and the proposed Protective Order is refused. The parties are granted leave to submit a revised proposed protective order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the Court requires a mechanism by which the parties may challenge the designation of information as confidential. *See id.* at 388-89. In renewing their request for a protective order, the parties are further directed to submit a revised proposed order in either Word or WordPerfect format.