IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01775-MSK-MEH

TERRI VELASQUEZ,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS and
STEVEN COX,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 5, 2012.**

    The Renewed Stipulated Motion for Entry of Protective Order [filed December 3, 2012; docket #48] is **granted**, and the renewed proposed Protective Order is accepted, issued and filed contemporaneously with this minute order.