IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01775-MSK-MEH

TERRI VELASQUEZ,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS and
STEVEN COX,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 9, 2013.**

    Pending before the Court are Plaintiff's Motion to File Second Amended Complaint [filed January 4, 2013; docket #59] and Plaintiff's Amended Motion to File Second Amended Complaint [filed January 7, 2013; docket #60]. The second motion identifies a typographical error in the first motion and asks the Court to accept the amended pleading. In the interest of justice, both motions are **granted**. The Clerk of the Court is directed to enter Plaintiff's Second Amended Complaint and Jury Demand [docket #59-1] as filed.