IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01775-MSK-MEH

TERRI VELASQUEZ,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS and
STEVEN COX,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 26, 2013.**

    Defendants' Unopposed Motion to Vacate Supplemental Scheduling Conference [filed February 22, 2013; docket #74] is **granted**.  In light of the resolution of Plaintiff's claims, the Scheduling Conference set in this case for February 27, 2013, is hereby **vacated**.