IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 12-cv-01775-MSK-MEH

TERRI VELASQUEZ,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS, a Municipal Corporate Entity by and through the Board of Commissioners, its governing body; and
STEVEN COX, in his individual capacity,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the Motion to Dismiss With Prejudice (Motion) **(#77)** filed April 8, 2013. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and this matter is dismiss, with prejudice, each side to pay his, her or its own attorney's fees and costs.

DATED this 9th day of April, 2013.

                                          **BY THE COURT:**

                                          Marcia S. Krieger
                                          Chief United States District Judge